IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00029-PAB-MJW

PAK MAIL CENTERS OF AMERICA, INC., a Colorado corporation,

Plaintiff,

v.

WILLIAM ROBINSON, individually, and
GAYLE ABRAMSON, indivdually,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the filing of an amended stipulated protective order (Docket No. 30), it is hereby ORDERED that the first such motion (Docket No. 28) is DENIED AS MOOT.

Date: March 25, 2016